```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00431-JJT
Leah D. Dougherty                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk          Page 1 of 1          Date Rcvd: Aug 02, 2016
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
db             +Leah D. Dougherty,    86 Third Avenue,    Kingston, PA 18704-5724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 02 2016 21:24:37      LVNV Funding, LLC,
                c/o Resurgent Capital Services, LP,    Attn: Sherry Davis,    P.O. Box 10675,
                Greenville, SC 29603-0675
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              ##+LVNV Funding, LLC,    c/o Michael F. Ratchford, Esq.,    Edwin A. Abrahamsen & Associates,
                 120 North Keyser Avenue,    Scranton, PA 18504-9701
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Wells Fargo bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Wells Fargo Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor Leah D. Dougherty KMWesq@aol.com, law297@aol.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LEAH D. DOUGHERTY,  : Chapter 7 Bankruptcy
:
Debtor : Case No. 5-16-00431

LEAH D. DOUGHERTY,

Movant

vs.

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES, LP,

Respondent

# ORDER ON
# MOTION TO AVOID JUDICIAL LIEN
# UNDER SECTION 522(f)

Upon and after due consideration of Debtor's Motion To Avoid a Judicial Lien (No. 2016-00069 – Luzerne County) as a potential lien against Debtor's real estate. IT IS ORDERED AND DIRECTED that any judicial lien Respondent/Creditor may have is hereby avoided and heretofore null and void.

Dated: August 1, 2016

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)