# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leah D. Dougherty <br> <u>Debtor(s)</u> | BKY. NO. 16-00431 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR Banc of America Alternative Loan Trust 2005-7 Mortgage Pass-Through Certificates, Series 2005-7, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5017

                                            Respectfully submitted,

                                            <u>**/s/ Thomas Puleo**</u>
                                            Thomas Puleo, Esquire
                                            James C. Warmbrodt, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406
                                            Attorney for Movant/Applicant