```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 16-00431-JJT
Leah D. Dougherty                                                     Chapter 13
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5         User: PRatchfor              Page 1 of 1             Date Rcvd: Aug 09, 2017
                             Form ID: ordsmiss            Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
```
db             +Leah D. Dougherty,    86 Third Avenue,    Kingston, PA 18704-5724
4794250        +WELLS FARGO BANK, NATIONAL ASSOCIATION,     Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
4802041        +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
4784539        +c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4792876        +EDI: DISCOVERSL.COM Aug 09 2017 19:08:00      Discover Student Loans,    PO BOX 30925,
                 Salt Lake City, UT 84130-0925
4792876        +E-mail/Text: DSLBKYPRO@discover.com Aug 09 2017 19:06:22      Discover Student Loans,
                 PO BOX 30925,    Salt Lake City, UT 84130-0925
4748267        +E-mail/Text: vlazo@dyckoneal.com Aug 09 2017 19:06:25      Dyck O'Neal Inc.,    P.O. Box 601549,
                 Dallas, TX 75360-1549
4796940        +EDI: RESURGENT.COM Aug 09 2017 19:08:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
4747724         EDI: WFFC.COM Aug 09 2017 19:08:00      Wells Fargo Home Mortgage,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Dyck O'Neal Inc.,    P.O. BOX 601549,    Dallas, TX 75360-1549
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Wells Fargo bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Wells Fargo Bank, National Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor Leah D. Dougherty KMWesq@aol.com,    law297@aol.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage, LLC pa-bk@logs.com
              Thomas I Puleo    on behalf of Creditor    Wells Fargo Bank, National Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Leah D. Dougherty **Debtor(s)** | Chapter 13 |
| | Case No. 5:16−bk−00431−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: August 9, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk